**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar# 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Defendant*
*Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA BREWER, individually, and as mother, general guardian of G.C., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES INC.,<br><br>Defendants. | Case No.:  2:22-cv-01012-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between: Defendant WAL-MART STORES, INC., by and through its attorneys KURT R. BONDS, ESP., and PATRICE STEPHENSON-JOHNSON, ESQ., of ALVERSON TAYLOR & SANDERS and Plaintiff LINDA BREWER, by and through her attorneys BRIAN E. HOLTHUS, ESQ of JOLLEY URGA WOODBURY & HOLTHUS, and WARREN POSTMAN and ASHLEY KELLER of KELLER POSTMAN, LLC, Pro Hac Vice, that that the deadline for Walmart to answer, move, or otherwise respond to Plaintiff's Complaint is extended until thirty (30) days following the ruling by the Judicial Panel on Multidistrict Litigation (the "JPML") on the Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer").

This matter relates to products liability where Plaintiff alleges that Defendant failed to warn

about the dangers of prenatal exposure to Paracetamol, also known as Acetaminophen, and its alleged propensity to causes autism spectrum disorder and attention-deficit/hyperactivity disorder in children.

On June 10, 2022, a Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer") was filed with the Judicial Panel on Multidistrict Litigation (the "JPML") in In re: Acetaminophen – ASD/ADHD Products Liability Litigation, MDL No. 3043, seeking transfer and coordination for pretrial purposes of all currently filed actions and subsequently filed related actions, that allege wrongful conduct relating to the over-the-counter drug, Acetaminophen. See In re: Acetaminophen – ASD/ADHD Prods. Liab. Litig., MDL No. 3043, Dkt. 1 (J.P.M.L. June 10, 2022).

On July 27, 2022, Plaintiff filed this action, Brewer v. Wal-Mart Stores, No. 2:22-cv-01012, against Defendant Walmart.

On July 29, 2022, Plaintiff filed a Notice of Related Action with the JPML in In re: Acetaminophen – ASD/ADHD Products Liability Litigation, MDL No. 3043 notifying the Panel of this action. In re: Acetaminophen, MDL No. 3043, Dkt. 37 (J.P.M.L. July 29, 2022).

The Motion to Transfer will be heard by the JPML during its September 29, 2022 Panel Hearing Session. In light of the Motion to Transfer's request to coordinate the instant action and all related actions in a multidistrict litigation, and because that Motion will not be heard by the JPML until September 29, 2022:

IT IS HEREBY STIPULATED and AGREED, by and between the Parties, that the time for Walmart to respond to Plaintiff's Complaint shall be extended to thirty (30) days after the JPML's ruling on the Motion to Transfer.

This stipulation is based on the following:

1. On June 27, 2022, Defendant received Plaintiff's Complaint that included extensive allegations.

2. The Motion to Transfer will be heard by the JPML during its September 29, 2022 Panel Hearing Session. In light of the Motion to Transfer's request to coordinate the

instant action and all related actions in a multidistrict litigation, and because that Motion will not be heard by the JPML until September 29, 2022:

3.  IT IS HEREBY STIPULATED and AGREED, by and between the Parties, that the time for Walmart to respond to Plaintiff's Complaint shall be extended until thirty (30) after the JPML's ruling on the Motion to Transfer.

**IT IS SO AGREED AND STIPULATED:**

DATED: 9/14/2022

ALVERSON, TAYLOR, & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

DATED: 9/14/2022

JOLLEY URGA WODBURY & HOLTHUS

*/s/Ashley Barriere*

_____
BRIAN E. HOLTHUS, ESQ.
Nevada Bar No. 2720
50 S. Stephanie Street, Suite 202
Henderson, NV 89102
(702) 699-7500

KELLER POSTMAN LLC
WARREN POSTMAN (*Pro Hac Vice forthcoming*)
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
(202) 918-1123

ASHLEY KELLER (*Pro Hac Vice forthcoming*)
ASHLEY BARRIERE (*Pro Hac Vice forthcoming*)
150 N. Riverside Plaza, Suite 4100
Chicago IL, 60606
(312) 741-5222
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 11:55 am, September 15, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KB-27917

# Deirdre Renfro

| | |
|---|---|
| **From:** | Maria Walters <MW@juwlaw.com> |
| **Sent:** | Wednesday, September 14, 2022 2:36 PM |
| **To:** | Deirdre Renfro |
| **Cc:** | Patrice Stephenson-Johnson; Kurt Bonds; 'Jennifer Stewart'; Austin Evans; Brian Holthus; Ashley Barriere; Marissa Spalding; Andy Ho |
| **Subject:** | RE: SAO to Extend Deadline for Defendant to Respond to Complaint |

Dear Deirdre,

We agree to the 30 day extension to answer the Complaint. You may affix Ashley Barriere's e-signature to both stipulations to extend the deadline for defendant to respond to the Complaints.

Sincerely,

**Maria T. Walters**
Legal Assistant to
Brian E. Holthus, Esq. and Michael R. Ernst, Esq.
Jolley Urga Woodbury & Holthus
50 S. Stephanie Street
Suite 202
Las Vegas, Nevada 89012
T 702.699.7500
F 702.699.7555
mw@juwlaw.com

JOLLEY URGA
WOODBURY & HOLTHUS | Attorneys at Law

Information contained in this electronic transmission (e-mail) is private and confidential and is the property of Jolley Urga Woodbury & Holthus. The information contained herein is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone and delete the e-mail from your computer. You may contact Jolley Urga Woodbury & Holthus at (702) 699-7500 (Las Vegas, NV).

**From:** Deirdre Renfro <DRenfro@AlversonTaylor.com>
**Sent:** Tuesday, September 13, 2022 3:59 PM
**To:** Maria Walters <MW@juwlaw.com>; Brian Holthus <beh@juwlaw.com>
**Cc:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>; Kurt Bonds <KBonds@AlversonTaylor.com>; 'Jennifer Stewart' <JStewart@KSLAW.com>; Austin Evans <AEvans@KSLAW.com>
**Subject:** SAO to Extend Deadline for Defendant to Respond to Complaint
**Importance:** High

Please review the attached SAO to extend deadline for Defendant to Respond to Complaint. If you have any questions of revisions please let me know, if not please let me know if we may affix your signature.

Thank you,

**Deirdre Renfro**
LEGAL ASSISTANT



6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149
702.384.7000 **Office** | 702.385.7000 **Fax**
website | map | email

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.