**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCTS
LIABILITY LITIGATION                               MDL No. 3043

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On October 5, 2022, the Panel transferred 18 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d___ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Denise L. Cote.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Cote.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 5, 2022, and, with the consent of that court, assigned to the Honorable Denise L. Cote.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 14, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCTS
LIABILITY LITIGATION                                                                    MDL No. 3043

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 4 | 22–00329 | Taylor v. Wal–Mart Stores Incorporated et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 22–05276 | Christina Correll et al v. CVS Health Corporation et al |
| CAC | 2 | 22–05309 | Angeles Mijares et al v. Walmart Inc. |
| CAC | 2 | 22–05311 | Denise Young et al v. CVS Health Corporation et al |
| CAC | 5 | 22–01331 | Diana Hernandez et al v. Walmart Inc. |
| CAC | 5 | 22–01332 | Jeanette Gray et al v. Walmart Inc. et al |
| CAC | 5 | 22–01336 | Abby Horowitz et al v. Costco Wholesale Corporation |
| CAC | 5 | 22–01337 | Cynthia Hampton et al v. Walmart Inc. |
| CAC | 5 | 22–01338 | Angie Ruiz et al v. Costco Wholesale Corporation et al |
| CAC | 8 | 22–01644 | Chiyaukaa Archer v. Walmart, Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 22–03602 | Mcevoy v. Target Corporation |
| CAN | 3 | 22–03882 | Bell et al v. Walgreens Boots Alliance et al |
| CAN | 3 | 22–04083 | Wiley et al v. Costco Wholesale Corporation |
| CAN | 3 | 22–04329 | Anderson v. Target Corporation |
| CAN | 3 | 22–04397 | Rodriguez v. Walmart Inc. |
| CAN | 3 | 22–04439 | Gevargiz et al v. Walgreens Boots Alliance |
| CAN | 3 | 22–04442 | Good et al v. Walmart Inc. et al |
| CAN | 3 | 22–04443 | Halafihi et al v. Walmart Inc. |
| CAN | 3 | 22–04444 | Hillix et al v. Walmart Inc. |
| CAN | 3 | 22–05451 | Costa et al v. CVS Pharmacy, Inc. et al |
| CAN | 3 | 22–05454 | Camargo et al v. Target Corporation |
| CAN | 3 | 22–04445 | Miles et al v. Walgreens Boots Alliance et al |
| CAN | 4 | 22–05166 | Lindberg v. CVS Pharmacy, Inc. |
| CAN | 4 | 22–05167 | Bureau et al v. Wal–Mart, Inc. |
| CAN | 4 | 22–05168 | Gazley et al v. Target Corporation et al |
| CAN | 4 | 22–05453 | Ferguson et al v. Walgreen Co. |
| CAN | 5 | 22–04438 | Stark et al v. CVS Health Corporation |
| MINNESOTA | | | |
| MN | 0 | 22–01661 | Baxter et al v. Walmart, Inc. |

| | | | |
|---|---|---|---|
| MN | 0 | 22–01675 | Watts et al v. Walmart, Inc. |
| MN | 0 | 22–01802 | Brakken et al v. Walmart, Inc. |
| MN | 0 | 22–01809 | Funk et al v. Walmart, Incorporated |
| MN | 0 | 22–01929 | Jellema et al v. Walmart, Incorporated |
| MN | 0 | 22–01930 | Radford–Garcia et al v. Walmart, Incorporated |
| MN | 0 | 22–01931 | Cagle et al v. Family Dollar Inc. et al |
| MN | 0 | 22–01933 | Skibicki et al v. Walmart, Incorporated |
| MN | 0 | 22–01934 | Strydom et al v. Walmart, Incorporated |
| MN | 0 | 22–02248 | King et al v. Sam's West, Inc. |
| MN | 0 | 22–02249 | Wicker et al v. Target Corporation |
| MN | 0 | 22–02379 | Feiler et al v. Walgreens Boots Alliance, Inc. et al |
| MN | 0 | 22–02380 | Tellock et al v. Walgreens Boots Alliance Inc., et al |
| MN | 0 | 22–02382 | Strenke et al v. Walmart, Inc. |
| MN | 0 | 22–02384 | Pfuhl et al v. Walmart, Inc. |
| MN | 0 | 22–02385 | Hanson et al v. Walmart, Inc. |
| MN | 0 | 22–02386 | Rivera et al v. Walmart, Inc. |
| MN | 0 | 22–02422 | Crawford et al v. Target Corporation et al |

NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 22–01012 | Brewer v. Wal–Mart Stores, Inc. |
| NV | 2 | 22–01026 | Oleson v. Wal–Mart Stores Inc. |
| NV | 2 | 22–01225 | Hatcher, et al. v. Walmart, Inc. |

Case 2:22-cv-01012-BNW Document 97 Filed 10/14/22 Page 3 of 3